## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE LASALLE GROUP, INC., *et al.*,[1] | § | Case No. 19-31484 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

The LaSalle Group, Inc., West Houston Memory Care, LLC, Cinco Ranch Memory Care, LLC, Pearland Memory Care, LLC and Riverstone Memory Care, LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness

---

[1]. The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 35] and may also be found on the Debtors' claims agent's website at https://www.donlinrecano.com/lasalle. The Debtors' mailing address is 545 E. John Carpenter Freeway, Suite 500, Irving, Texas 75062.

of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

### <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general

reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On May 2, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 7, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 35].

   **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of April 30, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of May 2, 2019.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of April 30, 2019**,** in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured

debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.  Solely, for purposes of the Schedules and Statements, the Debtors  define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) non-debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Intercompany and Other Transactions.**  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors and its non-debtor affiliates are reported as assets on

Schedule A/B 77 or liabilities on Schedule E/F part 2, as appropriate (collectively, the "***Intercompany Claims***"). Intercompany Claims are reported as of April 30, 2019, updated, where practical, to reflect values as of the Petition Date for accounts that have had material changes since April 30, 2019. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

11. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

13. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or

recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

17. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor or a non-debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent

with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Resident Names and Addresses**. Resident names and addresses have been removed from the entries listed on the Schedules and Statements and have been replaced with reference to a unique resident number.  Such redacted information is available upon request of the Office of the United States Trustee and the Bankruptcy Court.  The Debtors will mail any required notice or other documents to the responsible parties' that have been designated by the residents for making medical, legal, and financial decisions.

21. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of April 30, 2019, unless otherwise noted below.  Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of May 2, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion Pursuant To Sections 105(A), 345(B), 363(C), And 364(A) Of The Bankruptcy Code For Authorization To (I) Continue To Use Existing Cash Management System, (II) Maintain Existing Bank Accounts, And (III) Waive Certain Deposit Guidelines* [Docket No. 9] (the "**Cash Management Motion**").

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported in Schedule A/B 77.

> **Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **Schedule A/B 55**. The Debtors have listed owned real property in Schedule A/B 55.  The Debtors have also listed their real property leases in Schedule A/B 55.

> **Schedule A/B 63**. The Debtors maintain a resident mailing list. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to

pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or

unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

In addition, to the extent a vendor or supplier invoices The LaSalle Group, Inc. directly for goods and services provided to the other Debtors, the Debtors have listed such vendor or supplier in Schedule E/F part 2 as either: (i) "The LaSalle Group, Inc. for the benefit of [vendor/supplier name];" (ii) "Lake Superior Contracting, LP for the benefit of"; (iii) TLG Family Management, for the benefit of"; (iv) The LaSalle Group, Inc. d/b/a Autumn Leaves"; or (v) "The LaSalle Group Inc. d/b/a Constant Care Family Management". Accordingly, if a vendor or supplier cannot locate their name ALPHA sorted in Schedule E/F Part 2, they should review the section of Schedule E/F, part 2 beginning with the ALPHA sort as listed in items (i) through (v) above.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements,

title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. In addition, the Debtors have reported all pending and closed employee related actions within in one year of the Petition Date in Statement 7, but have not designated the specific employee related actions as pending or concluded as any analysis to determine said status would be time consuming and an inefficient use of estate assets.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy

proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**<u>Statement 26d</u>**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**<u>Statement 27</u>**. Debtors West Houston Memory Care, LLC, Cinco Ranch Memory Care, LLC, Pearland Memory Care, LLC and Riverstone Memory Care, LLC, do not "inventory" their personal property, food, medications, etc.  Accordingly, no response is reported for these Debtors at Statement 27.

**<u>Statement 28</u>**.   The Debtors have listed the special members and investor members in response to Statement 28.  The special members and investor members listed on Statement 28 have been included for informational purposes and their inclusion shall not constitute an admission that those entities exercise control over the Debtors.

**<u>Statement 30</u>**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> Riverstone Memory Care, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> Northern District of Texas</td></tr>
<tr><td><strong>Case number (if known):</strong> 19-31493</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ...................................................

   | $4,429,870.00 |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ...............................................

   | $229,021.88 |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ..................................................

   | $4,658,891.88 |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   | $5,972,638.56 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

   | $89,560.22 |
   | --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   | + $3,897,486.54 |
   | --- |

4. **Total liabilities**
   Lines 2 + 3a + 3b ...............................................................................

   | $9,959,685.32 |
   | --- |

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Riverstone Memory Care, LLC |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 19-31493 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand**

| 2.1. | PETTY CASH | | | $41.06 |
|---|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | HAPPY BANK<br>16633 N. DALLAS PARKWAY SUITE 350<br>ADDISON TX 75001 | OPERATING | 5148 | $39,733.62 |
| 3.2. | HAPPY BANK<br>16633 N. DALLAS PARKWAY SUITE 350<br>ADDISON TX 75001 | CAPITAL RESERVE | 5650 | $1,214.67 |
| 3.3. | HAPPY BANK<br>16633 N. DALLAS PARKWAY SUITE 350<br>ADDISON TX 75001 | TAX ESCROW | 0964 | $802.19 |
| 3.4. | FIRST NATIONAL<br>1540 E SOUTHLAKE BLVD<br>SOUTHLAKE TX 76092 | COLLATERAL | 1839 | $22,515.39 |

**4.** **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

Debtor  **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

**5.  Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $64,306.93 |

---

| **Part 2:** | **Deposits and prepayments** |

**6.  Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                  Current value of debtor's interest

7.1.  _____          $_____

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                          Current value of debtor's interest

8.1.  PROPERTY AND CASUALTY INSURANCE                                       $7,704.00

PROPERTY AND CASUALTY INSURANCE CARRIERS

8.2.  FLOOD INSURANCE                                                        $350.00

WRIGHT NATIONAL FLOOD INSURANCE COMPANY

**9.  Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                              | $8,054.00 |

---

| **Part 3:** | **Accounts receivable** |

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |

**11.  Accounts receivable**

| | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $142,319.28 | - $5,258.33 | = ........ → | $137,060.95 |
| | Face amount | Doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $3,214.22 | - $3,214.22 | = ........ → | $0.00 |

**12.  Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.         | $137,060.95 |

---

| **Part 4:** | **Investments** |

**13.  Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor **Riverstone Memory Care, LLC**                                                                    Case number *(if known)* **19-31493**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____ _____ $_____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                                      % of ownership

15.1. _____ _____% _____ $_____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____ _____ $_____

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

19.1. _____ _____ $_____ _____ $_____

**20.** **Work in progress**

20.1. _____ _____ $_____ _____ $_____

**21.** **Finished goods, including goods held for resale**

21.1. _____ _____ $_____ _____ $_____

**22.** **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. | FOOD SUPPLIES FOR RESIDENTS | INVENTORY NEVER CONDUCTED | $0.00 | ESTIMATED LIQUIDATION VALUE | $500.00 |
| 22.2. | FIRST AID / MEDICAL SUPPLIES | INVENTORY NEVER CONDUCTED | $0.00 | ESTIMATED LIQUIDATION VALUE | $500.00 |

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $1,000.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

---

Debtor **Riverstone Memory Care, LLC**  Case number *(if known)* **19-31493**

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value: $4,516.00 Valuation method: COST Current value: UNKNOWN

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

33. **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Riverstone Memory Care, LLC**                                                   Case number *(if known)* **19-31493**

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** | **Office furniture** | | |
| 39.1. BEDS, DRESSERS, SOFAS, CHAIRS, DINING TABLES FOR MEMORY CARE FACILITY | $20,590.00 | Estimated Liquidation Value | $18,500.00 |
| **40.** | **Office fixtures** | | |
| 40.1. _____ | $_____ | _____ | $_____ |

| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. COMPUTER EQUIPMENT, HARDWARE, SOFTWARE | $2,852.00 | Estimated Liquidation Value | $100.00 |

42.  **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1. _____                        $_____    _____    $_____

43.  **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                                   | $18,600.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 8:** **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. _____ | $_____ | _____ | $_____ |
| **48.** | **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 48.1. _____ | $_____ | _____ | $_____ |

Debtor **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 49. | **Aircraft and accessories** | | | |
|---|---|---|---|---|
| 49.1. | _____ | $_____ | _____ | $_____ |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| 50.1. | LAUNDRY EQUIPMENT | UNDETERMINED | _____ | UNDETERMINED |

**51. Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

> UNDETERMINED

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1. FORT BEND COUNTY ID #R390837<br>0089 WM STAFFORD, ACRES 3.205, AUTUMN LEAVES AT RIVERSTONE, BLOCK 1, RESTRICTED RESERVE "A" (COMMERCIAL)<br><br>MEMORY CARE FACILITY<br><br>_____<br>20313 SOUTH UNIVERSITY BLVD<br>MISSOURI CITY TX 77459 | OWNED | $4,705,163.00 | Tax appraisal | $4,429,870.00 |

**56. Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

> $4,429,870.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

Debtor    **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.**  **Internet domain names and websites** | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.**  **Licenses, franchises, and royalties** | | | |
| 62.1.  AUTUMN LEAVES TRADEMARK LICENSE AGREEMENT | UNKNOWN | _____ | UNKNOWN |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1.  RESIDENT LIST | UNKNOWN | | UNKNOWN |
| **64.**  **Other intangibles, or intellectual property** | | | |
| 64.1. _____ | $_____ | _____ | $_____ |
| **65.**  **Goodwill** | | | |
| 65.1. _____ | $_____ | _____ | $_____ |

**66.**  **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNKNOWN

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 11:**  **All other assets**

**70.**  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**  **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ | = ........ → $_____ |
| _____ | | | |

Debtor    **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.    Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1. _____ _____ | | _____ | _____ | _____ | $_____ |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. _____ | _____ | $_____ | $_____ |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. _____ | _____ | $_____ | $_____ |

**76.    Trusts, equitable or future interests in property**

| | Current value of debtor's interest |
|---|---|
| 76.1. _____ | $_____ |

**77.    Other property of any kind not already listed**
Examples: Season tickets, country club membership

| | |
|---|---|
| 77.1. _____ | $_____ |

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $0.00 |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor **Riverstone Memory Care, LLC**                          Case number *(if known)* **19-31493**

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $64,306.93 | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,054.00 | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | $137,060.95 | |
| 83.   **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,600.00 | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| 88.   **Real property.** *Copy line 56, Part 9.* ......................................................... → | | $4,429,870.00 |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90.   **All other assets.** *Copy line 78, Part 11.*      + | $0.00 | |
| 91.   **Total.** Add lines 80 through 90 for each column. ..........91a. | $229,021.88   + 91b. | $4,429,870.00 |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................   | $4,658,891.88 |

<table>
<tr><td colspan="2" style="background:black;color:white;">**Fill in this information to identify the case:**</td></tr>
<tr><td colspan="2">**Debtor name:** Riverstone Memory Care, LLC</td></tr>
<tr><td colspan="2">**United States Bankruptcy Court for the:** Northern District of Texas</td></tr>
<tr><td colspan="2">**Case number (if known):** 19-31493</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.1. | **Creditor's name and address** | | |
| | FIRST NATIONAL BANK 1540 E. SOUTHLAKE BLVD SOUTHLAKE TX 76092 | **Describe debtor's property that is subject to a lien** REAL PROPERTY AT 20313 SOUTH UNIVERSITY BLVD, MISSOURI CITY TX, 77459 | $5,972,638.56 $4,429,870.00 |

**Creditor's name and address**

FIRST NATIONAL BANK
1540 E. SOUTHLAKE BLVD
SOUTHLAKE TX 76092

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/16/10

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

REAL PROPERTY AT 20313 SOUTH UNIVERSITY BLVD, MISSOURI CITY TX, 77459

**Describe the lien**

MORTGAGE

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Riverstone Memory Care, LLC**                                          Case number *(if known)* **19-31493**

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,972,638.56 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | QUILLING SELANDER LOWNDS WINSLETT AND MOSER PC<br>CHARLES BAUM<br>2001 BRYAN ST<br>STE 1800<br>DALLAS TX 75201 | Line 2.1 | _____ |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> Riverstone Memory Care, LLC</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> Northern District of Texas</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 19-31493</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|------|------|------|------|------|
| | CARRIE SURRATT, PCC, CTOP FORT BEND COUNTY TAX ASSESSOR / COLLECTOR 1317 EUGENE HEIMANN CIRCLE RICHMOND TX 77469 | | $74,190.10 | $65,654.96 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $8,535.14 |
| | **Date or dates debt was incurred** 12/31/18 | **Basis for the claim:** REAL PROPERTY TAX | | |
| | **Last 4 digits of account number:** 4907 | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|------|------|------|------|------|
| | CARRIE SURRATT, PCC, CTOP FORT BEND COUNTY TAX ASSESSOR / COLLECTOR 1317 EUGENE HEIMANN CIRCLE RICHMOND TX 77469 | | $1,773.26 | $1,321.50 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $451.76 |
| | **Date or dates debt was incurred** 12/31/18 | **Basis for the claim:** PERSONAL PROPERTY TAX | | |
| | **Last 4 digits of account number:** 9907 | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor   **Riverstone Memory Care, LLC**                                        Case number *(if known)* **19-31493**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DELAWARE SECRETARY OF STATE<br>P.O. BOX 5509<br>BINGHAMTON NY 13902-5509 | *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

3/1/2018

**Basis for the claim:**

FRANCHISE TAX

**Last 4 digits of account number:** 3795

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FORT BEND COUNTY MUD #115<br>ESTHER BUENTELLO FLORES, RTA<br>12841 CAPRICORN ST<br>STRAFFORD TX 77477 | *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,983.38 | $11,489.72 |

**Nonpriority amount**

$1,493.66

**Date or dates debt was incurred**

12/31/18

**Basis for the claim:**

REAL PROPERTY TAX

**Last 4 digits of account number:** 4907

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FORT BEND COUNTY MUD #115<br>ESTHER BUENTELLO FLORES, RTA<br>12841 CAPRICORN ST<br>STRAFFORD TX 77477 | *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $313.48 | $231.26 |

**Nonpriority amount**

$82.22

**Date or dates debt was incurred**

12/31/18

**Basis for the claim:**

PERSONAL PROPERTY TAX

**Last 4 digits of account number:** 9907

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALERE TOXICOLOGY<br>BOX 536506<br>PITTSBURGH PA 15253-5907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $197.73 |
| | **Date or dates debt was incurred**<br>1/4/2019 | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** 00-LASALLE | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALL OUT GRAPHICS LLC<br>702 ELM STREET<br>WALLER TX 77484 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.90 |
| | **Date or dates debt was incurred**<br>2/28/2019 | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** NONE | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BAILEE PENNYWELL<br>18602 CLAY ROAD PMB #28<br>HOUSTON TX 77084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.52 |
| | **Date or dates debt was incurred**<br>7/23/2018 | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** NONE | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor **Riverstone Memory Care, LLC**                                        Case number *(if known)* **19-31493**

| | | |
|---|---|---|
| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.4. **Nonpriority creditor's name and mailing address**

CAROLINA NUTRITION CONSULTANTS INC.
407 W MAIN STREET
LEXINGTON SC 29072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 9411**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.5. **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
PO BOX 631025
CINCINNATI OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$614.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 7722**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.6. **Nonpriority creditor's name and mailing address**

CLIFTONLARSONALLEN LLP
P.O. BOX 679334
DALLAS TX 75267-9334

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,400.00

**Date or dates debt was incurred**

3/31/2019

**Basis for the claim:**

ACCOUNTING SERVICES

**Last 4 digits of account number: 882**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Riverstone Memory Care, LLC**                                          Case number *(if known)* **19-31493**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | COINMACH CORPORATION<br>P.O. BOX 27288<br>NEW YORK NY 10087-7288 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,637.20 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LAUNDRY LEASE EQUIPMENT

**Last 4 digits of account number: 2215**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CREATIVE FORECASTING, INC.<br>P.O. BOX 7789<br>COLORADO SPRINGS CO 80933-7789 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 |

**Date or dates debt was incurred**

7/11/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FIRETROL PROTECTION SYSTEMS<br>400 GARDEN OAKS BLVD<br>HOUSTON TX 77018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,522.37 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 3097**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Riverstone Memory Care, LLC**                     Case number *(if known)* **19-31493**

| | | |
|---|---|---|
| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.10.  **Nonpriority creditor's name and mailing address**

FIRST NATIONAL BANK TOWNE SQUARE
MICHAEL BROOM
8809 BELLECHASE ROAD
GRANBURY TX 76049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

UNKNOWN

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.11.  **Nonpriority creditor's name and mailing address**

JUAN ESCAMILLA
DBA ESCAMILLA COMPANY
15420 WEST HARDY ROAD
HOUSTON TX 77060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,744.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

MAINTENANCE

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.12.  **Nonpriority creditor's name and mailing address**

KIRBY RESTAURANT & SUPPLY
809 SOUTH EASTMAN ROAD
LONGVIEW TX 75602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,444.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 261

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

LAND CRAFTERS LTD
PO BOX 241
CYPRESS TX 77410-0241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,110.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.14. **Nonpriority creditor's name and mailing address**

LIQUID WASTE SOLUTIONS
650 W BOUGH LN. STE.150-204
HOUSTON TX 77024-4099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,071.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.15. **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES, INC.
DEPT. 1080
P.O. BOX 121080
DALLAS TX 75312-1080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$825.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 1022

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Riverstone Memory Care, LLC**                                                                         Case number *(if known)* **19-31493**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MELVIN JR & LAURA WARREN
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$362,911.17

**Date or dates debt was incurred**

06/2017 TO 07/2017

**Basis for the claim:**

LOAN

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OMNICARE INC.
DEPT 781668
P.O.BOX 78000
DETROIT MI 48278-1668

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,949.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 3018

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POWERSECURE SERVICE, INC.
377 MAITLAND AVENUE
SUITE 1010
ALTAMONTE SPRINGS FL 32701

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,620.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.19.   **Nonpriority creditor's name and mailing address**

REALPAGE INC.
PO BOX 11407
BIRMINGHAM AL 35246-5575

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$128.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0063**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.20.   **Nonpriority creditor's name and mailing address**

RESIDENT ID RIV - 1122
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,077.42

**Date or dates debt was incurred**

3/13/2019

**Last 4 digits of account number: NONE**

**Basis for the claim:**

RESIDENT REFUND

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.21.   **Nonpriority creditor's name and mailing address**

RIVERSTONE COMMERCIAL POA
18353 UNIVERSITY BLVD
SUGAR LAND TX 77479

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,476.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2501**

**Basis for the claim:**

COMMUNITY PROPERTY OWNER'S
ASSOCIATION DUES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Riverstone Memory Care, LLC**                                        Case number *(if known)* **19-31493**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SENIORVIEW TECHNOLOGIES LLC
6505 W.PARK BLVD - SUITE 306-324
PLANO TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

$640.79

**Date or dates debt was incurred**

12/18/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHERWIN WILLIAMS
PO BOX 840943
DALLAS TX 75284-0943

☐ Contingent
☐ Unliquidated
☐ Disputed

$386.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 7364**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIENNA SAFE & SECURE LLC
7115 FALL CREEK LANE
MISSOURI CITY TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

$178.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 3401**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Riverstone Memory Care, LLC**                                   Case number *(if known)* **19-31493**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.25. **Nonpriority creditor's name and mailing address**

SILVERADO INTERESTS HOLDINGS, LLC
8235 DOUGLAS AVENUE
SUITE 350
DALLAS TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,700,000.00

**Date or dates debt was incurred**

09/2016 - 12/2016

**Basis for the claim:**

NOTES PAYABLE

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.26. **Nonpriority creditor's name and mailing address**

SIMPSON AC & HEATING, LLC
2626 SOUTH LOOP WEST STE 150
HOUSTON TX 77054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,480.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.27. **Nonpriority creditor's name and mailing address**

STERICYCLE, INC.
PO BOX 6575
CAROL STREAM IL 60197-6575

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$948.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 5610

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Riverstone Memory Care, LLC**

Case number *(if known)* **19-31493**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TD INDUSTRIES INC
13850 DIPLOMAT DRIVE
DALLAS TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

$487.94

**Date or dates debt was incurred**

2/19/2019

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC.
545 E. JOHN CARPENTER FWY., STE. 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,468,305.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY GENERAL PARTNER
LOANS

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC.
545 E. JOHN CARPENTER FWY., STE. 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$54,879.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY REIMBURSABLE
VENDOR EXPENSES

**Last 4 digits of account number:** 2669

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor **Riverstone Memory Care, LLC**                              Case number *(if known)* **19-31493**

| 3.31. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. D/B/A AUTUMN
LEAVES FOR THE BENEFIT OF
BRIGHTVIEW LANDSCAPE SERVICES
PO BOX 31001-2463
PASADENA CA 91110-2463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,748.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 4916**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.32.** **Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. D/B/A AUTUMN
LEAVES SENIOR LIVING FOR THE BENEFIT OF
ACTIVITYCONNECTION.COM, LLC
818 SW THIRD AVE #222
PORTLAND OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$120.00

**Date or dates debt was incurred**

11/8/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 5418**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.33.** **Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. D/B/A CONSTANT
CARE MANAGEMENT COMPANY FOR THE
BENEFIT OF
IRON MOUNTAIN
P.O. BOX 915004
DALLAS TX 75391

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$45.28

**Date or dates debt was incurred**

3/31/2019

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 9519**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. D/B/A CONSTANT CARE MANAGEMENT COMPANY FOR THE BENEFIT OF YARDI SYSTEMS P.O. BOX 82572 GOLETA CA 93118-2572 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,806.58 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SOFTWARE SUBSCRIPTION | |
| | **Last 4 digits of account number: 1766** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF A PLACE FOR MOM, INC. PO BOX 913241 DENVER CO 80291-3241 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $6,300.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL FEES | |
| | **Last 4 digits of account number: 5002** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF ASCENTIUM CAPITAL LLC P.O.BOX 301593 DALLAS TX 75303-1593 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,321.05 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** COPIER LEASE/SUPPLIES | |
| | **Last 4 digits of account number: 9123** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **Riverstone Memory Care, LLC**                                        Case number *(if known)* **19-31493**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF<br>CFP FIRE PROTECTION<br>153 TECHNOLOGY DR., STE 200<br>IRVINE CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,971.27 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 432** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF<br>DIRECT SUPPLY, INC.<br>BOX 88201<br>MILWAUKEE WI 53288-0201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,916.80 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 524** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF<br>FEDEX<br>P.O. BOX 660481<br>DALLAS TX 75266-0481 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73.30 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 8308** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **Riverstone Memory Care, LLC**                                      Case number *(if known)* **19-31493**

---

3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
HD SUPPLY
PO BOX 509058
SAN DIEGO CA 92150-9058

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,498.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 3689**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
HUNTON ANDREWS KURTH, LLP
P.O. BOX 301276
DALLAS TX 75303-1276

☐ Contingent
☐ Unliquidated
☐ Disputed

$74.50

**Date or dates debt was incurred**

4/18/2019

**Basis for the claim:**

LEGAL FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
ILLUSTRATUS
8455 LENEXA DRIVE
LENEXA KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,938.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 891**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Riverstone Memory Care, LLC**                                   Case number *(if known)* **19-31493**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
IPROMOTEU
DEPT 2419
PO BOX 122419
DALLAS TX 75312-2419

☐ Contingent
☐ Unliquidated
☐ Disputed

$167.84

**Date or dates debt was incurred**

8/27/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
LIGHTING MAINTENANCE SERVICES INC
P.O. BOX 428
CYPRESS TX 77410

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,748.24

**Date or dates debt was incurred**

6/28/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
MCKESSON CORPORATION
P.O. BOX 204786
DALLAS TX 75320-4786

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,805.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 452**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF<br>NAAP<br>3604 WILDON STREET<br>EAU CLAIRE WI 54703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.00 |
| | **Date or dates debt was incurred**<br>11/20/2018 | **Basis for the claim:**<br>MEMBERSHIP DUES | |
| | **Last 4 digits of account number:** NONE | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF<br>ON SHIFT, INC.<br>PO BOX 207856<br>DALLAS TX 75320-7856 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,901.56 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** 1209 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE LASALLE GROUP, INC. FOR THE BENEFIT OF<br>ONEDAY<br>4514 COLE AVENUE, SUITE 740<br>DALLAS TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,040.97 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** NONE | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Riverstone Memory Care, LLC**                              Case number *(if known)* **19-31493**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
PARTS TOWN LLC
27787 NETWORK PLACE
CHICAGO IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

$198.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
PROGRESSIVE BUSINESS PUBLICATIONS
P.O. BOX 3014
MALVERN PA 19355-9790

☐ Contingent
☐ Unliquidated
☐ Disputed

$188.79

**Date or dates debt was incurred**

9/19/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 2975

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
RENTOKIL STERITECH
PO BOX 13848
READING PA 19612

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,139.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 3500

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Riverstone Memory Care, LLC**                                      Case number *(if known)* **19-31493**

| | | |
|---|---|---|
| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.52.  **Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
RYAN, LLC
PO BOX 848351
DALLAS TX 75284-8351

**Date or dates debt was incurred**

11/15/2018

**Last 4 digits of account number:** NONE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,500.00

---

3.53.  **Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS TX 75266-0409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3617

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,227.10

---

3.54.  **Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
STERLING TALENT SOLUTIONS
NEWARK POST OFFICE
PO BOX 36482
NEWARK NJ 07193-6482

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,182.51

---

Debtor   **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| | | |
|---|---|---|
| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.55.

**Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
US FOODS
3682 COLLECTIONS CTR DR
CHICAGO IL 60693

**Date or dates debt was incurred**

4/30/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FOOD VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,813.38

---

3.56.

**Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108

**Date or dates debt was incurred**

4/18/2019

**Last 4 digits of account number:** 7714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$347.05

---

3.57.

**Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
VORROHEALTH
PO BOX 1185
FARMINGTON UT 84025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

HEALTH RECORDS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$92.72

---

Debtor   **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| | | |
|---|---|---|
| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

THE LASALLE GROUP, INC. FOR THE BENEFIT OF
ZOHO CORPORATION
PO BOX 894926
LOS ANGELES CA 90189-4926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SOFTWARE HELP DESK

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$88.24

**Date or dates debt was incurred**

9/5/2018

**Last 4 digits of account number:** NONE

---

3.59.   **Nonpriority creditor's name and mailing address**

THE LASALLE GROUP, INC. FOR THE BENEFIT
OF REACHLOCAL INC.
ATTN: KELLY BARKER
6111 PLANO PARKWAY, SUITE 1000
PLANO TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,255.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

---

3.60.   **Nonpriority creditor's name and mailing address**

TLG FAMILY MANAGEMENT
545 E. JOHN CARPENTER FRWY #500
IRVING TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY MANAGEMENT FEES
AND REIMBURSABLE VENDOR EXPENSES

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$115,279.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

---

Debtor   **Riverstone Memory Care, LLC**                                   Case number *(if known)* **19-31493**

---

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TOTAL FIRE & SAFETY, INC.<br>7909 CARR STREET<br>DALLAS TX 75227 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $320.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VENTILATION RESTORATION<br>10934 W BELLFORT<br>HOUSTON TX 77099 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $750.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | WASCO PRODUCTS, INC.<br>P.O. BOX 559<br>85 SPENCER DR., UNIT A<br>WELLS ME 04090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,243.40 |

**Date or dates debt was incurred**

5/21/2018

**Last 4 digits of account number:** NONE

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| HEDRICK KRING PLLC<br>KATHARINE BATTAIA CLARK,ESQ<br>1700 PACIFIC AVE.,STE 4650<br>DALLAS TX 75201 | Part 2 line 3.60 | _____ |
| HEDRICK KRING PLLC<br>KATHARINE BATTAIA CLARK,ESQ<br>1700 PACIFIC AVE.,STE 4650<br>DALLAS TX 75201 | Part 2 line 3.34 | _____ |
| JASON SANDERS<br>SANDERS, COLLINS<br>325 ST. PAUL, SUITE 3100<br>DALLAS TX 75201 | Part 2 line 3.10 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.1 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.2 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.4 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.5 | _____ |
| PATRICIA NOLAN<br>700 N. ST. PAUL STREET<br>SUITE 1610<br>DALLAS TX 75201 | Part 2 line 3.10 | _____ |
| WINSTEAD PC<br>MIKE MASSAD;JASON ENRIGHT<br>500 WINSTEAD BUILDING<br>2728 N HARWOOD ST<br>DALLAS TX 75201 | Part 2 line 3.25 | _____ |

Debtor **Riverstone Memory Care, LLC**    Case number *(if known)* **19-31493**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $89,560.22 |
| **5b.** | **Total claims from Part 2** | 5b. **+** | $3,897,486.54 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,987,046.76 |

<table>
<tr><td colspan="2" style="background:black;color:white;"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> Riverstone Memory Care, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> Northern District of Texas</td></tr>
<tr><td><strong>Case number (if known):</strong> 19-31493</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | **Title of contract** | EQUIPMENT RENTAL AGREEMENT | COINMACH CORPORATION<br>4240 BRONZE WAY<br>DALLAS TX 75237 |
| | **State what the contract or lease is for** | LAUNDRY EQUIPMENT | |
| | **Nature of debtor's interest** | LAUNDRY EQUIPMENT | |
| | **State the term remaining** | 60 DAYS | |
| | **List the contract number of any government contract** | _____ | |
| 2.2. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REMOVAL OF COOKING OIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DARLING INTERNATIONAL INC<br>GRIFFIN INDUSTRIES<br>3701 SCHALKER STREET<br>HOUSTON TX 77028 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | _____ | |
| 2.3. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CABLE/PHONE/INTERNET | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EN-TOUCH SYSTEMS, INC.<br>P.O. BOX 4343 DEPT 669<br>HOUSTON TX 77210-4343 |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Riverstone Memory Care, LLC**                                              Case number *(if known)* **19-31493**

| 2.4. | Title of contract | BACKFLOW TEST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ANNUAL WATER BACKFLOW ENVIRONMENTAL TESTING | |
| | Nature of debtor's interest | CONTRACT PARTY | KALAN BACKFLOW SERVICE |
| | State the term remaining | AS NEEDED (1X ANNUAL) | 2022 KENDOLPH DRIVE |
| | List the contract number of any government contract | _____ | DENTON TX 76205 |

| 2.5. | Title of contract | LANDSCAPE MAINTENANCE SERVICE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LANDSCAPING/MAINTENANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | LAND CRAFTERS, LTD |
| | State the term remaining | 30 DAYS | P.O. BOX 241 |
| | List the contract number of any government contract | _____ | CYPRESS TX 77410 |

| 2.6. | Title of contract | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | GREASE TRAP CLEANING | |
| | Nature of debtor's interest | CONTRACT PARTY | LIQUID WASTE SOLUTIONS |
| | State the term remaining | 30 DAYS | 650 WEST BOUGH LANE |
| | List the contract number of any government contract | _____ | SUITE 150-204 |
| | | | HOUSTON TX 77024 |

| 2.7. | Title of contract | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PHARMACY PRODUCTS AND SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | OMNICARE PHARMACY OF TEXAS 1, LP |
| | State the term remaining | 8 MONTHS | D/B/A OMNICARE OF HOUSTON |
| | List the contract number of any government contract | _____ | 10650 WEST AIRPORT BLVD |
| | | | SUITE 150 |
| | | | STAFFORD TX 77477 |

| 2.8. | Title of contract | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MEMORY CARE/RENT | |
| | Nature of debtor's interest | PROVIDER | RESIDENT ID RIV - 1001 |
| | State the term remaining | 30 DAYS | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

Debtor    **Riverstone Memory Care, LLC**                                           Case number *(if known)* **19-31493**

| 2.9. | Title of contract | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MEMORY CARE/RENT | |
| | Nature of debtor's interest | PROVIDER | RESIDENT ID RIV - 1005 |
| | State the term remaining | 30 DAYS | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.10. | Title of contract | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MEMORY CARE/RENT | |
| | Nature of debtor's interest | PROVIDER | RESIDENT ID RIV - 1006 |
| | State the term remaining | 30 DAYS | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.11. | Title of contract | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MEMORY CARE/RENT | |
| | Nature of debtor's interest | PROVIDER | RESIDENT ID RIV - 1007 |
| | State the term remaining | 30 DAYS | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.12. | Title of contract | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MEMORY CARE/RENT | |
| | Nature of debtor's interest | PROVIDER | RESIDENT ID RIV - 1009 |
| | State the term remaining | 30 DAYS | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.13. | Title of contract | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MEMORY CARE/RENT | |
| | Nature of debtor's interest | PROVIDER | RESIDENT ID RIV - 1010 |
| | State the term remaining | 30 DAYS | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

Debtor    **Riverstone Memory Care, LLC**                                          Case number *(if known)* **19-31493**

| 2.14. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1012 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.15. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1020 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.16. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1024 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.17. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1029 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.18. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1033 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 2.19. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1036 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.20. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1041 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.21. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1051 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.22. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1053 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.23. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1068 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor **Riverstone Memory Care, LLC**                                                    Case number *(if known)* **19-31493**

| 2.24. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1069 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.25. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1084 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.26. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1085 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.27. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1090 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.28. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1091 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Riverstone Memory Care, LLC**                                                          Case number *(if known)* **19-31493**

| 2.29. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1095 Address Intentionally Omitted |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

| 2.30. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1097 Address Intentionally Omitted |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

| 2.31. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1101 Address Intentionally Omitted |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

| 2.32. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1106 Address Intentionally Omitted |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

| 2.33. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1118 Address Intentionally Omitted |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 2.34. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1120 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.35. | **Title of contract** | RESIDENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEMORY CARE/RENT | |
| | **Nature of debtor's interest** | PROVIDER | RESIDENT ID RIV - 1121 |
| | **State the term remaining** | 30 DAYS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.36. | **Title of contract** | PEST PREVENTION SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEST PREVENTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STERITECH GROUP, INC. |
| | **State the term remaining** | 1 MONTH | P.O. BOX 472127 |
| | **List the contract number of any government contract** | _____ | CHARLOTTE NC 28247 |

| 2.37. | **Title of contract** | MANAGEMENT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TLG FAMILY MANAGEMENT |
| | **State the term remaining** | _____ | 545 E. JOHN CARPENTER FRWY #500 |
| | **List the contract number of any government contract** | _____ | IRVING TX 75062 |

| 2.38. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE MANAGEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WASTE MANAGEMENT USA |
| | **State the term remaining** | 90 DAYS | 1901 AFTON STREET |
| | **List the contract number of any government contract** | _____ | HOUSTON TX 77055 |

Debtor    **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| 2.39. | **Title of contract** | PLANNED MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MAINTENANCE AND TESTING ON EMERGENCY POWER SYSTEM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WAUKESHA-PEARCE INDUSTRIES, LLC |
| | **State the term remaining** | 30 DAYS | P.O. BOX 35068 |
| | **List the contract number of any government contract** | _____ | 12320 S MAIN STREET<br>HOUSTON TX 77235 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td colspan="2"><b>Debtor name:</b> Riverstone Memory Care, LLC</td></tr>
<tr><td colspan="2"><b>United States Bankruptcy Court for the:</b> Northern District of Texas</td></tr>
<tr><td colspan="2"><b>Case number (if known):</b> 19-31493</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. BARRINGTON MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2. CINCO RANCH MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3. CYPRESWOOD MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.4. HUNTON ANDREWS KURTH, LLP<br><br>THE LASALLE GROUP, INC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | HUNTON ANDREWS KURTH, LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.5. LASALLE RIVERSTONE MANAGEMENT, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FIRST NATIONAL BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.6. MELVIN W WARREN JR | 125 W ROMANA ST STE 215 PENSACOLA FL 32502 | FIRST NATIONAL BANK | ☑ D<br>☐ E/F<br>☐ G |

Debtor **Riverstone Memory Care, LLC**                                                    Case number *(if known)* **19-31493**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7. MELVIN W WARREN JR | 125 W ROMANA ST STE 215 PENSACOLA FL 32502 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D ☑ E/F ☐ G |
| 2.8. MELVIN W WARREN JR | 125 W ROMANA ST STE 215 PENSACOLA FL 32502 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D ☑ E/F ☐ G |
| 2.9. PEARLAND MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D ☑ E/F ☐ G |
| 2.10. STOCKBRIDGE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D ☑ E/F ☐ G |
| 2.11. SUGARLOAF MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D ☑ E/F ☐ G |
| 2.12. THE LASALLE GROUP, INC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FIRST NATIONAL BANK | ☑ D ☐ E/F ☐ G |
| 2.13. THE LASALLE GROUP, INC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D ☑ E/F ☐ G |
| 2.14. THE LASALLE GROUP, INC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | OMNICARE INC. | ☐ D ☑ E/F ☐ G |
| 2.15. THE LASALLE GROUP, INC. D/B/A AUTUMN LEAVES FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BRIGHTVIEW LANDSCAPE SERVICES | ☐ D ☑ E/F ☐ G |
| 2.16. THE LASALLE GROUP, INC. D/B/A AUTUMN LEAVES SENIOR LIVING FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ACTIVITYCONNECTION.COM LLC | ☐ D ☑ E/F ☐ G |
| 2.17. THE LASALLE GROUP, INC. D/B/A CONSTANT CARE MANAGEMENT COMPANY FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | IRON MOUNTAIN | ☐ D ☑ E/F ☐ G |

Debtor    **Riverstone Memory Care, LLC**                                          Case number *(if known)* **19-31493**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | REACHLOCAL INC. | ☐ D  ☑ E/F  ☐ G |
| 2.19.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | PROGRESSIVE BUSINESS PUBLICATIONS | ☐ D  ☑ E/F  ☐ G |
| 2.20.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | A PLACE FOR MOM, INC. | ☐ D  ☑ E/F  ☐ G |
| 2.21.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ASCENTIUM CAPITAL LLC | ☐ D  ☑ E/F  ☐ G |
| 2.22.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | CFP FIRE PROTECTION | ☐ D  ☑ E/F  ☐ G |
| 2.23.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | DIRECT SUPPLY, INC. | ☐ D  ☑ E/F  ☐ G |
| 2.24.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FEDEX | ☐ D  ☑ E/F  ☐ G |
| 2.25.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | HD SUPPLY | ☐ D  ☑ E/F  ☐ G |
| 2.26.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ILLUSTRATUS | ☐ D  ☑ E/F  ☐ G |
| 2.27.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | IPROMOTEU | ☐ D  ☑ E/F  ☐ G |

Debtor **Riverstone Memory Care, LLC**                                   Case number *(if known)* **19-31493**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.28. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | LIGHTING MAINTENANCE SERVICES INC | ☐ D  ☑ E/F  ☐ G |
| 2.29. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | MCKESSON CORPORATION | ☐ D  ☑ E/F  ☐ G |
| 2.30. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NAAP | ☐ D  ☑ E/F  ☐ G |
| 2.31. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ONEDAY | ☐ D  ☑ E/F  ☐ G |
| 2.32. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ON SHIFT, INC. | ☐ D  ☑ E/F  ☐ G |
| 2.33. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | PARTS TOWN LLC | ☐ D  ☑ E/F  ☐ G |
| 2.34. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | RYAN, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.35. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☑ E/F  ☐ G |
| 2.36. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | STERLING TALENT SOLUTIONS | ☐ D  ☑ E/F  ☐ G |
| 2.37. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | RENTOKIL STERITECH | ☐ D  ☑ E/F  ☐ G |
| 2.38. THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | VERIZON WIRELESS | ☐ D  ☑ E/F  ☐ G |

Debtor    **Riverstone Memory Care, LLC**                                    Case number *(if known)* **19-31493**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.39.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | VORROHEALTH | ☐ D  ☑ E/F  ☐ G |
| 2.40.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | WESTFIELD BANK FSB | ☐ D  ☑ E/F  ☐ G |
| 2.41.  THE LASALLE GROUP, INC. FOR THE BENEFIT OF | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ZOHO CORPORATION | ☐ D  ☑ E/F  ☐ G |
| 2.42.  TLG MANAGEMENT, LLC FOR THE BENEFIT OT | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | YARDI SYSTEMS | ☐ D  ☑ E/F  ☐ G |
| 2.43.  US FOODS  THE LASALLE GROUP, INC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | US FOODS | ☐ D  ☑ E/F  ☐ G |
| 2.44.  WEST HOUSTON MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.45.  WESTOVER HILLS MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.46.  WHEELING MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SILVERADO INTEREST HOLDINGS, LLC | ☐ D  ☑ E/F  ☐ G |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Riverstone Memory Care, LLC |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 19-31493 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | 5/30/2019 | ✗ | */s/ Karen Nicolaou* |
|---|---|---|---|
| | MM/DD/YYYY | | Signature of individual signing on behalf of debtor |

Karen Nicolaou
Printed name

Chief Restructuring Officer
Position or relationship to debtor